ANDRÉ BIROTTE JR.  
United States Attorney  
SANDRA R. BROWN  
Assistant United States Attorney  
Chief, Tax Division  
VALERIE L. MAKAREWICZ  
Assistant United States Attorney  
SBN 229637  
  Room 7211, Federal Building  
  300 North Los Angeles Street  
  Los Angeles, California  90012  
  Telephone:  (213) 894-2729  
  Facsimile:  (213) 894-0115  
  Email: valerie.makarewicz@usdoj.gov  

Attorneys for United States of America

E-FILED 02.24.12  
**JS-6**

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

WESTERN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA | ) Case No. 04-2646 MMM (MANx) |
| Plaintiff, | ) [PROPOSED] JUDGMENT AGAINST<br>) DEFENDANT LINDA PRENDERGAST; |
| v. | ) ORDER GRANTING STIPULATION<br>) BETWEEN UNITED  STATES OF |
| ROY M. PRENDERGAST; et. al. | ) AMERICA AND DEFENDANT LINDA<br>) PRENDERGAST |
| Defendants | ) |

Based on the Stipulation between the United States of America and defendant Linda Prendergast, and for good cause appearing therefor,

**IT IS ORDERED, ADJUDGED, AND DECREED:**

1) Judgement is entered against defendant Linda Prendergast in favor of the United States in the amount of $155,000, plus interest payable from the date of entry of judgment at the legal rate as set forth in 28 U.S.C. § 1961 that

will accrue until the judgment is paid in full; said judgment will be <u>in rem</u> against the subject real property located in Northridge, California, County of Los Angeles, and legally described as the following:

> Lot 22 of Tract 21653 as per Map recorded in Book 577 Pages 42 to 44 inclusive of Maps, in the office of the County Recorder of said county.  Assessor's Parcel Number 2686-013-012.

2)   No part of the aforementioned judgment shall be required to be paid until the earlier of the following events: a) the death of defendant Linda Prendergast, or b) the sale by defendant Linda Prendergast of the subject real property;

3)   Defendant Linda Prendergast agrees to maintain the subject real property in a habitable condition and not let the condition of the property deteriorate, pay all property taxes and loans secured by the subject real property, and maintain adequate home-owners insurance to protect the subject real property;

4)   The IRS agrees to subordinate its judgment as referenced in paragraph 1, above, to a home equity line to be obtained by defendant Linda Prendergast at a future date in an amount not to exceed $30,000;

5)   Brager Tax Law Group, and Dennis Brager, the firm and attorney who represent defendant Linda Prendergast, agree to subordinate their attorneys' liens against the subject real property, to the judgment of the United States as referenced in paragraph 1, above;

6)   IRS agrees to withdraw any Notices of Federal Tax Lien filed against Linda Prendergast that are the subject of the

instant lawsuit;

7) IRS agrees to abate any liabilities against defendant Linda Prendergast that are the subject of the instant lawsuit;

8) In the event that defendant Roy Prendergast – who will be subject to the entirety of the pending default judgment- took action to enforce and collect on his property interests under the divorce decree entered on December 7, 2001, defendant Linda Prendergast agrees to notify the IRS, so it may collect any outstanding liabilities from defendant Roy Prendergast in such action;

9) With respect to the default judgment entered by the Court on January 4, 2012 against defendant Roy M. Prendergast for his outstanding income tax liabilities for taxable years 1994 through 2000, inclusive, in the total amount of $213,096.94, plus any penalties and statutory interest accruing on such amount after July 1, 2011, the parties to this stipulation agree that in the event that the United States collects any payment(s) on said default judgment for tax years 1994 through 2000, inclusive, the parties agree that the payment(s) collected shall be a credit in the same amount applied to also reduce the judgment agreed to by the parties in this stipulation against defendant Linda Prendergast, as stipulated by the parties; and

    10)    Any discharge or elimination of the default judgment of defendant Roy M. Prendergast in a bankruptcy proceeding, or any other preceding, legal or otherwise, shall not effect the judgment agreed to by the parties as referenced in paragraph 1, above, against defendant Linda Prendergast.

**IT IS SO ORDERED.**

DATED:     February 24, 2012              _____
                                          MARGARET M. MORROW
                                          United States District Judge


Respectfully submitted

ANDRÉ BIROTTE JR.
United States Attorney
SANDRA R. BROWN
Assistant United States Attorney
Chief, Tax Division


_____/S_____
VALERIE MAKAREWICZ
Assistant United States Attorney

Attorneys for Plaintiff
United States of America

4